**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Sherman Cameron BURNEY,
Defendant-Appellant.**

**No. 72-3786
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

May 16, 1973.

Farish Carter Tate, Atlanta, Ga. (Court-appointed), for defendant-appellant.

John W. Stokes, U. S. Atty., Gale McKenzie, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

 Appellant was found guilty by a jury of possession of stolen United States mail matter and uttering a forged United States Treasury check, in violation of 18 U.S.C. §§ 495, 1708. He contends on appeal (1) that an incriminating statement made by him to a special investigator of the United States Post Office while appellant was in custody as a suspect and without benefit of counsel was involuntary and (2) that he did not rationally and freely waive his right to be represented by counsel during this interrogation.

We have carefully examined both of appellant's contentions in the light of the record and find them to be without merit.

Affirmed.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.